Joseph P. Brent [SBN 214459]
David L. Fiol [SBN 203546]
Brent, Fiol & Nolan LLP
Two Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone:  (415) 259-4420
Facsimile:   (415) 373-4420
dfiol@bfnlaw.com
*Attorneys for Plaintiffs Lynnette Frary and Jamie Ball*

Charles A. Bonner [SBN 85413]
A. Cabral Bonner [SBN 247528]
Bonner & Bonner
475 Gate Five Rd, Suite 212
Sausalito, CA 94965
Telephone: 415-331-3070
Facsimile: 415-331-2738
cabral@bonnerlaw.com
*Attorneys for Plaintiff Heather Howard*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTE FRARY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MARIN, et al., <br><br> Defendants. | CASE NO.  C12 3928 MEJ <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO AMEND BRIEFING SCHEDULE AND CASE DEADLINES** <br><br> Judge:     Hon. Maria-Elena James |

WHEREAS, this action was recently filed on July 26, 2012, and service of process was accomplished expeditiously through waivers of service executed by all named defendants; and

WHEREAS, at the time of filing the Court entered an ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES establishing a number of discovery and other deadlines and set a Case Management Conference for November 1, 2012, and

1

WHEREAS, the defendants CITY OF NOVATO, JOSEPH KREINS, OFFICER THOMAS MACKENZIE, OFFICER MICHAEL DUNN, and OFFICER STEPHANIE COMMISTO have filed a motion to dismiss the claims against them pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), and

WHEREAS, the defendants COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE, and DEPUTY RACHEL HAMMER have indicated their intention to also file a motion for dismissal, but have requested an extension to and through October 9, 2012 to do so, and

WHEREAS, the plaintiffs are agreeable to the extension requested by the County of Marin defendants, and all defendants are in turn agreeable to providing the plaintiffs with additional time to respond to the two motions,

Therefore, pursuant to Local Civil Rules Nos. 6-1 and 6-2, the parties hereby agree that the deadlines and case schedule may be amended as follows:

(1) Under Local Civil Rule 6-l (a), it is hereby stipulated and agreed between plaintiffs' counsel and counsel for defendants COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE, and DEPUTY RACHEL HAMMER that said defendants will have to and through October 9, 2012 to file an Answer or other response to the plaintiffs' complaint; and

(2) All parties agree that the plaintiffs shall have to and through November 9, 2012 to file an opposition to any and all Motions to Dismiss filed by the defendants; and

(3) Any reply papers in response to plaintiffs' oppositions shall be filed no later than December 7, 2012;

(4) Both motions shall be heard on Thursday, January 10 at 10:00 a.m.; and

(5) In light of the fact that the dispositive motions filed or to be filed by the defendants will not be resolved prior to November 1, 2012, the date currently set for the initial

2

case management conference and all other deadlines and dates set by the Court's ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES should be and are vacated and will be reset if necessary, after the dispositive motions are decided by the Court.

Dated: ~~September~~ October 1, 2012

BRENT, FIOL & NOLAN LLP

By: /s/ David L. Fiol
David L. Fiol
*Attorneys for Plaintiffs Frary and Ball*

Dated: ~~September~~ October 1, 2012

BONNER & BONNER

By: /s/ A. Cabral Bonner
A. Cabral Bonner
*Attorneys for Plaintiff Howard*

Dated: September ___, 2012

BERTRAND, FOX & ELLIOT

By:_____
Thomas F. Bertrand
*Attorneys for Defendants City Of Novato, Kreins, Mackenzie, Dunn and Commisto*

Dated: September ___, 2012

MARIN COUNTY COUNSEL

By:_____
Steven M. Perl, Deputy
*Attorneys for defendants County of Marin, Doyle and Hammer*

3

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO AMEND BRIEFING SCHEDULE AND CASE DEADLINES

CASE NO. C12 3928 MEJ

case management conference and all other deadlines and dates set by the Court's ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES should be and are vacated and will be reset if necessary, after the dispositive motions are decided by the Court.

Dated: September ____, 2012     BRENT, FIOL & NOLAN LLP


By:_____
   David L. Fiol
   *Attorneys for Plaintiffs Frary and Ball*


Dated: September ____, 2012     BONNER & BONNER


By:_____
   A. Cabral Bonner
   *Attorneys for Plaintiff Howard*

Dated: September 28, 2012     BERTRAND, FOX & ELLIOT


By: [signature]
   Thomas F. Bertrand
   *Attorneys for Defendants City Of Novato,*
   *Kreins, Mackenzie, Dunn and Commisto*

Dated: September ____, 2012     MARIN COUNTY COUNSEL


By:_____
   Steven M. Perl, Deputy
   *Attorneys for defendants County of Marin,*
   *Doyle and Hammer*

3

case management conference and all other deadlines and dates set by the Court's ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES should be and are vacated and will be reset if necessary, after the dispositive motions are decided by the Court.

Dated: September ____, 2012    BRENT, FIOL & NOLAN LLP


By:_____
    David L. Fiol
    *Attorneys for Plaintiffs Frary and Ball*


Dated: September ____, 2012    BONNER & BONNER


By:_____
    A. Cabral Bonner
    *Attorneys for Plaintiff Howard*


Dated: September ____, 2012    BERTRAND, FOX & ELLIOT


By:_____
    Thomas F. Bertrand
    *Attorneys for Defendants City Of Novato, Kreins, Mackenzie, Dunn and Commisto*


Dated: September 28, 2012    MARIN COUNTY COUNSEL


By:_____
    Steven M. Perl, Deputy
    *Attorneys for defendants County of Marin, Doyle and Hammer*

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 2, 2012

_____
Hon. Maria-Elena James
Chief United States Magistrate Judge

4

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT AND TO AMEND BRIEFING
SCHEDULE AND CASE DEADLINES                           CASE NO. C12 3928 MEJ