United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon Carmignani, Deceased, JAMIE BALL, as Natural Guardian of Amaya Carmignani, a minor, and HEATHER HOWARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN; CITY OF NOVATO; SHERIFF ROBERT T. DOYLE, CHIEF JOSEPH KREINS, DEPUTY RACHEL HAMMER, OFFICER THOMAS MACKENZIE, OFFICER MICHAEL DUNN, OFFICER STEPHANIE COMMISTO, and DOES 1 to 50, Inclusive,<br><br>    Defendants.<br>_____ / | No. C 12-3928 MEJ<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>**Re: Docket No. 26** |

On December 13, 2012, the Court granted Defendants' motions to dismiss Plaintiffs' sixth and seventh causes of action for negligence as to the public entity Defendants. Dkt. No. 25. Plaintiffs have now filed a Motion for Leave to File Motion for Reconsideration, arguing that they should be permitted to amend their complaint to state common law negligence claims against the City of Novato based on its vicarious liability for the negligence of its officers. However, Plaintiffs' complaint asserted negligence claims against the City of Novato directly, and not merely vicariously. Thus, Plaintiffs' motion is improper as no such allegations were before the Court at the time of its Order. Accordingly, Plaintiffs' motion is DENIED. So that the case may proceed on the merits, if Plaintiffs maintain that they are permitted to bring a cause of action for vicarious liability

1  against the City of Novato, they shall include the claim in their amended complaint.  Plaintiffs shall
2  file their amended complaint by January 17, 2013.
3  **IT IS SO ORDERED.**

5  Dated: January 3, 2013

   _____
   MARIA-ELENA JAMES
   United States Magistrate Judge