Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF NOVATO, CHIEF JOSEPH KREINS,
OFFICER THOMAS MACKENZIE, OFFICER
MICHAEL DUNN and OFFICER STEPHANIE COMMISTO

David L. Fiol, State Bar No. 203546
BRENT, FIOL & NOLAN LLP
Two Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone: (415) 259-4420
Facsimile: (415) 373-4420

Attorneys for Plaintiffs
 LYNNETTE FRARY AND JAMIE BALL

Charles A. Bonner, State Bar No. 85413
A. Cabral Bonner, State Bar No. 247528
BONNER & BONNER
475 Gate Five Rd, Suite 212
Sausalito, CA 94965
Telephone: 415-331-3070
Facsimile: 415-331-2738

Attorneys for Plaintiff
HEATHER HOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTE FRARY, et al.,<br><br>        Plaintiffs,<br>v.<br><br>COUNTY OF MARIN, et al.,<br><br>        Defendants. | Case No. CV-12-3928 MEJ<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On January 17, 2013, Plaintiffs filed their First Amended Complaint in the above-captioned action.

2. Defendants City of Novato, Chief Joseph Kreins, Officer Thomas Mackenzie, Officer Michael Dunn and Officer Stephanie Commisto's last day to file a responsive pleading to the First Amended Complaint is currently January 31, 2013.

3. Defendants City of Novato, Chief Joseph Kreins, Officer Thomas Mackenzie, Officer Michael Dunn and Officer Stephanie Commisto intend to file an answer to the First Amended Complaint, but require additional time to prepare the answer. The parties have agreed to a ten (10) day extension of time to answer.

4. Plaintiffs and Defendants City of Novato, Chief Joseph Kreins, Officer Thomas Mackenzie, Officer Michael Dunn and Officer Stephanie Commisto stipulate to extend the time for Defendants City of Novato, Chief Joseph Kreins, Officer Thomas Mackenzie, Officer Michael Dunn and Officer Stephanie Commisto to respond to the First Amended Complaint through and including February 11, 2013.

Dated: January 31, 2013                BERTRAND, FOX & ELLIOT

                                       By:  /s/ *Richard W. Osman*
                                            Richard W. Osman
                                            Attorneys for Defendants
                                            CITY OF NOVATO, CHIEF JOSEPH KREINS,
                                            OFFICER THOMAS MACKENZIE, OFFICER
                                            MICHAEL DUNN and OFFICER STEPHANIE
                                            COMMISTO

Dated: January 31, 2013                BRENT, FIOL & NOLAN LLP

                                       By:  /s/ *David L. Fiol*
                                            David L. Fiol
                                            Attorneys for Plaintiffs
                                            LYNNETTE FRARY AND JAMIE BALL

Dated: January 31, 2013                BONNER & BONNER

                                       By:  /s/ *Charles A. Bonner*
                                            Charles A. Bonner
                                            Attorneys for Plaintiff
                                            HEATHER HOWARD

**~~PROPOSED~~ ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendants City of Novato, Chief Joseph Kreins, Officer Thomas Mackenzie, Officer Michael Dunn and Officer Stephanie Commisto to respond to the Complaint shall be extended to February 11, 2013.

DATED: January 31, 2013



_____
UNITED STATES DISTRICT COURT JUDGE

---

3

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ