STEVEN M. WOODSIDE, INTERIM COUNTY COUNSEL
Steven M. Perl, Deputy SBN 100074
Renee Giacomini Brewer, Deputy SBN 173012
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 473-6117, Fax: (415) 473-3796

Attorney(s) for the Defendants County of Marin,
Sheriff Robert T. Doyle, Deputy Rachel Hammer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon Carmignani, Deceased, JAMIE BALL, as Natural Guardian of Amaya Carmignani, a minor, and HEATHER HOWARD,<br>　　　　Plaintiff,<br>　　v.<br>COUNTY OF MARIN; CITY OF NOVATO; SHERIFF ROBERT T. DOYLE, CHIEF JOSEPH KREINS, DEPUTY RACHEL HAMMER, OFFICER THOMAS MACKENZIE, OFFICER MICHAEL DUNN, OFFICER STEPHANIE COMMISTO, and DOES 1 to 50, inclusive,<br>　　　　Defendants. | Case No.: CV-12-3928 MEJ<br><br>STIPULATION AND ORDER RE AMENDMENT TO FIRST AMENDED COMPLAINT |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties hereto, by and between their attorneys of record, as follows:

WHEREAS, plaintiffs inadvertently and unintentionally included DEPUTY RACHEL HAMMER as a defendant in Count Six of the First Amended Complaint (Survival Damages Based on Negligence),

IT IS HEREBY STIPULATED as follows:  The First Amended Complaint may and should be amended to delete the reference to defendant DEPUTY RACHEL HAMMER in Count Six. The allegations of the First Amended Complaint may and should otherwise remain as filed on January

Frary v. County of Marin, et al.
CV-12-3928 MEJ
Stipulation & Order re Amendment to 1st Amended Complaint

1

17, 2013. Defendants' pleadings or other response to the First Amended Complaint may and should remain due on the dates previously stipulated by the parties; this Stipulation and Order should not alter or affect those deadlines.

Dated: February 6, 2013

STEVEN M. WOODSIDE,
INTERIM COUNTY COUNSEL

By: /s/_____
Steven M. Perl, Deputy
Attorneys for County Defendants

Dated: February 6, 2013

BRENT, FIOL & NOLAN, LLP

By: /s/_____
David L. Fiol
Attorneys for Plaintiffs Lynette Frary and Jamie Ball

Dated: February 6, 2013

BONNER & BONNER

By: /s/_____
A. Cabral Bonner
Attorneys for Plaintiff Heather Howard

Dated: February 6, 2013

BERTRAND, FOX & ELLIOT

By: /s/_____
Thomas F. Bertrand
Richard W. Osman
Attorneys for Novato Defendants

**ORDER**

IT IS SO ORDERED. The reference to defendant DEPUTY RACHEL HAMMER in Count Six of the First Amended Complaint is hereby deemed deleted. All other allegations of the First Amended Complaint shall remain as filed on January 17, 2013. This Order shall not affect or alter any deadlines in place for the filing of any defendant's pleading or other response to the First Amended Complaint.

Dated: February  8 , 2013

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Maria-Elena James

Frary v. County of Marin, et al.
CV-12-3928 MEJ
Stipulation & Order re Amendment to 1st Amended Complaint

2