1  STEVEN M. WOODSIDE, INTERIM COUNTY COUNSEL
   Steven M. Perl, Deputy SBN 100074
2  Renee Giacomini Brewer, Deputy SBN 173012
   3501 Civic Center Drive, Room 275
3  San Rafael, CA 94903
   Tel.: (415) 473-6117, Fax: (415) 473-3796
4

5  Attorney(s) for the Defendants County of Marin,
   Sheriff Robert T. Doyle, Deputy Rachel Hammer
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | LYNNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon Carmignani, Deceased, JAMIE BALL, as Natural Guardian of Amaya Carmignani, a minor, and HEATHER HOWARD, | Case No.: CV-12-3928 MEJ |
   | --- | --- |
   | | STIPULATION AND ORDER RE AMENDMENT TO FIRST AMENDED COMPLAINT |
   | Plaintiff, | |
   | v. | |
   | COUNTY OF MARIN; CITY OF NOVATO; SHERIFF ROBERT T. DOYLE, CHIEF JOSEPH KREINS, DEPUTY RACHEL HAMMER, OFFICER THOMAS MACKENZIE, OFFICER MICHAEL DUNN, OFFICER STEPHANIE COMMISTO, and DOES 1 to 50, inclusive, | |
   | Defendants. | |

                              **STIPULATION**

      IT IS HEREBY STIPULATED, by and between the parties hereto, by and between their attorneys of record, as follows:

      WHEREAS, plaintiffs inadvertently and unintentionally included DEPUTY RACHEL HAMMER as a defendant in Count Six of the First Amended Complaint (Survival Damages Based on Negligence),

      IT IS HEREBY STIPULATED as follows:  The First Amended Complaint may and should be amended to delete the reference to defendant DEPUTY RACHEL HAMMER in Count Six. The allegations of the First Amended Complaint may and should otherwise remain as filed on January

Frary v. County of Marin, et al.
CV-12-3928 MEJ
Stipulation & Order re Amendment to 1st Amended Complaint

1

1  17, 2013. Defendants' pleadings or other response to the First Amended Complaint may and should
2  remain due on the dates previously stipulated by the parties; this Stipulation and Order should not
3  alter or affect those deadlines.

4  Dated:  February 6, 2013            STEVEN M. WOODSIDE,
                                       INTERIM COUNTY COUNSEL
5

6
                                       By: /s/_____
7                                          Steven M. Perl, Deputy
                                       Attorneys for County Defendants
8

9  Dated:  February 6, 2013            BRENT, FIOL & NOLAN, LLP

10                                     By: /s/_____
                                           David L. Fiol
11                                     Attorneys for Plaintiffs Lynette Frary and Jamie
                                       Ball
12

13 Dated:  February 6, 2013            BONNER & BONNER

14
                                       By: /s/_____
15                                         A. Cabral Bonner
                                       Attorneys for Plaintiff Heather Howard
16

17 Dated:  February 6, 2013            BERTRAND, FOX & ELLIOT

18

19                                     By: /s/_____
                                           Thomas F. Bertrand
20                                         Richard W. Osman
                                       Attorneys for Novato Defendants
21

22                                         **ORDER**

23        IT IS SO ORDERED.  The reference to defendant DEPUTY RACHEL HAMMER in Count
24 Six of the First Amended Complaint is hereby deemed deleted.  All other allegations of the First
25 Amended Complaint shall remain as filed on January 17, 2013.  This Order shall not affect or alter
26 any deadlines in place for the filing of any defendant's pleading or other response to the First
27 Amended Complaint.
28 Dated: February  8  , 2013
                                       _____
                                       UNITED STATES DISTRICT JUDGE

Frary v. County of Marin, et al.
CV-12-3928 MEJ                                 2
Stipulation & Order re Amendment to 1st Amended Complaint

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James — IT IS SO ORDERED)