<a>
</a>



OFFICE OF THE
## COUNTY COUNSEL

**Steven M. Woodside**
INTERIM COUNTY COUNSEL

**Jack F. Govi**
ASSISTANT COUNTY COUNSEL

Dorothy R. Jones
Mari-Ann G. Rivers
Renee Giacomini Brewer
David L. Zaltsman
Michele Keno
Nancy Stuart Grisham
Jennifer M. W. Vuillermet
Patrick M. K. Richardson
Thomas F. Lyons
Stephen R. Raab
James G. Flageollet
Steven M. Perl
Sheila Shah Lichtblau
Edward J. Kiernan
Jessica Mills Sutherland
DEPUTIES

Jeanine Michaels
ADMINISTRATIVE ASSISTANT

Marin County Civic Center
3501 Civic Center Drive
Suite 275
San Rafael, CA 94903
415 473 6117 T
415 473 3796 F
415 473 2226 TTY
www.marincounty.org/cl

March 15, 2013

Hon. Maria Elena James, Magistrate Judge
U.S. District Court, Northern District of California, Courtroom B
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

Via e-filing

Re:  Frary, et al. v. County of Marin, et al., Case # C-12-3928 MEJ

Dear Judge James,

Per my telephone conversation today with your clerk, Rose Maher, I am requesting that the court advance 3 weeks the 4/14/14 trial date the court set in its 3/11/13 Case Management Order, to 3/24/14.  The reason for the request is that I failed to realize, at the time I agreed to the parties' joint proposal of the trial date, that 4/14/14 is the first night of Passover, an 8-day religious holiday I observe.  My hope is that I will be observing that holiday on the East Coast with family.

It appears that advancing the trial date 3 weeks would require also advancing 3 weeks all the dates in the court's 3/11/13 Case Management Order, beginning with and after Item H in the Order.  Accordingly, advancing those dates 3 weeks is part of this request. It does not appear that advancing the trial date should require advancing the other dates scheduled in the Order, found in Items B-F, so I am not requesting that those other dates be advanced.

I have contacted all counsel, and all advise that they would not oppose this request to advance the trial date to 3/24/14.  Per your clerk's instructions, I am making this request informally via e-filing this letter to the court, thus providing counsel the opportunity to object, although, as I stated, counsel have all advised that they will not oppose the request.  Thank you for your consideration.

Respectfully submitted,


Steven M. Perl, Deputy County Counsel

CC:  All Counsel (via e-filing)



Dated: 3/20/2013