1 | Thomas F. Bertrand, State Bar No. 056560
2 | Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
3 | The Waterfront Building
2749 Hyde Street
4 | San Francisco, California 94109
Telephone: (415) 353-0999
5 | Facsimile:  (415) 353-0990

6 | Attorneys for Defendants
CITY OF NOVATO, CHIEF JOSEPH KREINS,
7 | OFFICER THOMAS MACKENZIE, OFFICER
MICHAEL DUNN and OFFICER STEPHANIE
8 | COMMISTO

9 |

Steven M. Perl, State Bar No. 100074
Renee Giacomini Brewer, State Bar No. 173012
OFFICE OF THE COUNTY COUNSEL
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Telephone.: (415) 473-6117
Facsimile: (415) 473-3796

Attorneys for Defendants
COUNTY OF MARIN,
SHERIFF ROBERT T. DOYLE,
and DEPUTY RACHEL HAMMER

10 | David L. Fiol, State Bar No. 203546
BRENT, FIOL & NOLAN LLP
11 | Two Embarcadero Center, 18th Floor
San Francisco, California 94111
12 | Telephone: (415) 259-4420
Facsimile: (415) 373-4420
13 |
Attorneys for Plaintiffs
14 | LYNNETTE FRARY AND JAMIE BALL

Charles A. Bonner, State Bar No. 85413
A. Cabral Bonner, State Bar No. 247528
BONNER & BONNER
475 Gate Five Road, Suite 212
Sausalito, CA 94965
Telephone: 415-331-3070
Facsimile: 415-331-2738

Attorneys for Plaintiff
HEATHER HOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNNETTE FRARY, Individually and as
Administrator of the Estate of Anthony
Brandon Carmignani, Deceased, JAMIE BALL,
as Natural Guardian of Amaya Carmignani, a
minor, and HEATHER HOWARD,

     Plaintiffs,

v.

COUNTY OF MARIN, et al.,

     Defendants.

Case No. 3:12-cv-03928-MEJ

**STIPULATION TO CONTINUE MEDIATION DEADLINE**

Trial Date: April 14, 2014

1

STIPULATION TO CONTINUE MEDIATION DEADLINE
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ

1     Pursuant to Northern District ADR Local Rule 6-5, the parties, by and through their respective

2     counsel, hereby stipulate and request that the deadline to complete mediation in this matter be extended

3     from June 10, 2013 to September 30, 2013.

4     On March 7, 2013, the Court issued its case management order, scheduling trial for April 14,

5     2014 and referring this matter to mediation.  Pursuant to Northern District ADR Local Rule 6-4(b),

6     mediation is to be completed by June 10, 2013.

7     On April 8, 2013, all parties except HEATHER HOWARD, exchanged initial disclosures.

8     HEATHER HOWARD served her initial disclosures on April 16, 2013.

9     On April 18, 2013, the Court issued it order appointing mediator Noah G. Blechman.

10    The parties recently commenced discovery and believe it is important and necessary to complete

11    multiple depositions, including the depositions of plaintiffs, police personnel, jail personnel and medical

12    staff prior to submitting the matter to mediation.

13    All counsel discussed the mediation deadline and agreed to request a continuance of the June 10,

14    2013 deadline to September 30, 2013 to accommodate the need to undertake significant discovery to

15    make the mediation session productive.  The parties also notified Mr. Blechman of their intent to seek a

16    continuance of the mediation deadline.

17    **IT IS SO STIPULATED.**

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

2

STIPULATION TO CONTINUE MEDIATION DEADLINE
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ

1    Dated:  April 26, 2013                              BERTRAND, FOX & ELLIOT

2                                                   By:   /s/ *Richard W. Osman*

3                                                         Thomas F. Bertrand
                                                          Richard W. Osman
4                                                         Attorneys for Defendants
                                                    CITY OF NOVATO, CHIEF JOSEPH KREINS,
5                                                   OFFICER THOMAS MACKENZIE, OFFICER
                                                    MICHAEL DUNN and OFFICER STEPHANIE
6                                                   COMMISTO

7    Dated:  April 26, 2013                              BRENT, FIOL & NOLAN LLP

8
                                                    By:   /s/ *David L. Fiol*
9                                                         David L. Fiol
                                                          Attorneys for Plaintiffs
10                                                        LYNNETTE FRARY AND JAMIE BALL

11
     Dated:  April 26, 2013                              BONNER & BONNER
12

13                                                  By:   /s/ *Charles A. Bonner*
                                                          Charles A. Bonner
14                                                        Attorneys for Plaintiff
                                                          HEATHER HOWARD
15

16   Dated:  April 26, 2013                              OFFICE OF THE COUNTY COUNSEL

17                                                  By:   /s/ *Steven M. Perl*
                                                          Steven M. Perl
18                                                        Attorneys for Defendants
                                                          COUNTY OF MARIN,
19                                                        SHERIFF ROBERT T. DOYLE,
                                                          and DEPUTY RACHEL HAMMER
20

21

22

23

24

25

26

27

28
                                         3
     STIPULATION TO CONTINUE MEDIATION DEADLINE
     *Frary v. County of Marin, et al.*
     U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ

1                       **~~PROPOSED~~ ORDER**

2      Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the deadline to

3 complete mediation in the present matter is continued from June 10, 2013 to September 30, 2013

4

5 DATED:  April 30 , 2013  _____

6                      HONORABLE MARIA-ELENA JAMES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION TO CONTINUE MEDIATION DEADLINE
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ