Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF NOVATO, CHIEF JOSEPH KREINS,
OFFICER THOMAS MACKENZIE, OFFICER
MICHAEL DUNN and OFFICER STEPHANIE
COMMISTO

Steven M. Perl, State Bar No. 100074
Renee Giacomini Brewer, State Bar No. 173012
OFFICE OF THE COUNTY COUNSEL
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Telephone.: (415) 473-6117
Facsimile: (415) 473-3796

Attorneys for Defendants
COUNTY OF MARIN,
SHERIFF ROBERT T. DOYLE,
and DEPUTY RACHEL HAMMER

David L. Fiol, State Bar No. 203546
BRENT, FIOL & NOLAN LLP
Two Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone: (415) 259-4420
Facsimile: (415) 373-4420

Attorneys for Plaintiffs
LYNNETTE FRARY AND JAMIE BALL

Charles A. Bonner, State Bar No. 85413
A. Cabral Bonner, State Bar No. 247528
BONNER & BONNER
475 Gate Five Road, Suite 212
Sausalito, CA 94965
Telephone: 415-331-3070
Facsimile: 415-331-2738

Attorneys for Plaintiff
HEATHER HOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNNETTE FRARY, Individually and as
Administrator of the Estate of Anthony
Brandon Carmignani, Deceased, JAMIE BALL,
as Natural Guardian of Amaya Carmignani, a
minor, and HEATHER HOWARD,

      Plaintiffs,

v.

COUNTY OF MARIN, et al.,

      Defendants.

Case No. 3:12-cv-03928-MEJ


**STIPULATION TO CONTINUE MEDIATION DEADLINE**



Trial Date: April 14, 2014

STIPULATION TO CONTINUE MEDIATION DEADLINE
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ

Pursuant to Northern District ADR Local Rule 6-5, the parties, by and through their respective counsel, hereby stipulate and request that the deadline to complete mediation in this matter be extended from June 10, 2013 to September 30, 2013.

On March 7, 2013, the Court issued its case management order, scheduling trial for April 14, 2014 and referring this matter to mediation.  Pursuant to Northern District ADR Local Rule 6-4(b), mediation is to be completed by June 10, 2013.

On April 8, 2013, all parties except HEATHER HOWARD, exchanged initial disclosures. HEATHER HOWARD served her initial disclosures on April 16, 2013.

On April 18, 2013, the Court issued it order appointing mediator Noah G. Blechman.

The parties recently commenced discovery and believe it is important and necessary to complete multiple depositions, including the depositions of plaintiffs, police personnel, jail personnel and medical staff prior to submitting the matter to mediation.

All counsel discussed the mediation deadline and agreed to request a continuance of the June 10, 2013 deadline to September 30, 2013 to accommodate the need to undertake significant discovery to make the mediation session productive.  The parties also notified Mr. Blechman of their intent to seek a continuance of the mediation deadline.

**IT IS SO STIPULATED.**

///
///
///
///
///
///
///
///
///
///

2

STIPULATION TO CONTINUE MEDIATION DEADLINE
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ

1    Dated:  April 26, 2013                              BERTRAND, FOX & ELLIOT

2                                              By:  /s/ Richard W. Osman

3                                                    Thomas F. Bertrand
                                                     Richard W. Osman
4                                                    Attorneys for Defendants
                                               CITY OF NOVATO, CHIEF JOSEPH KREINS,
5                                              OFFICER THOMAS MACKENZIE, OFFICER
                                               MICHAEL DUNN and OFFICER STEPHANIE
6                                              COMMISTO

7    Dated:  April 26, 2013                              BRENT, FIOL & NOLAN LLP

8                                              By:  /s/ David L. Fiol

9                                                    David L. Fiol
                                                     Attorneys for Plaintiffs
10                                                   LYNNETTE FRARY AND JAMIE BALL

11   Dated:  April 26, 2013                              BONNER & BONNER

12                                             By:  /s/ Charles A. Bonner

13                                                   Charles A. Bonner
                                                     Attorneys for Plaintiff
14                                                   HEATHER HOWARD

15   Dated:  April 26, 2013                              OFFICE OF THE COUNTY COUNSEL

16                                             By:  /s/ Steven M. Perl

17                                                   Steven M. Perl
                                                     Attorneys for Defendants
18                                                   COUNTY OF MARIN,
                                                     SHERIFF ROBERT T. DOYLE,
19                                                   and DEPUTY RACHEL HAMMER

20

21

22

23

24

25

26

27

28

                                        3
STIPULATION TO CONTINUE MEDIATION DEADLINE
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ

~~PROPOSED~~ **ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the deadline to complete mediation in the present matter is continued from June 10, 2013 to September 30, 2013

DATED: ___April 30___, 2013

_____
HONORABLE MARIA-ELENA JAMES

---

4

STIPULATION TO CONTINUE MEDIATION DEADLINE
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ