David L. Fiol [SBN 203546]
Brent, Fiol & Nolan LLP
Two Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone:   (415) 259-4420
Facsimile:    (415) 373-4420
dfiol@bfnlaw.com
*Attorneys for Plaintiffs Lynnette Frary and Jamie Ball*

Charles A. Bonner [SBN 85413]
A. Cabral Bonner [SBN 247528]
Bonner & Bonner
475 Gate Five Rd, Suite 212
Sausalito, CA 94965
Telephone: 415-331-3070
Facsimile: 415-331-2738
cabral@bonnerlaw.com
*Attorneys for Plaintiff Heather Howard*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon Carmignani, Deceased, JAMIE BALL, as Natural Guardian of Amaya Carmignani, a minor, and HEATHER HOWARD,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF MARIN; CITY OF NOVATO; SHERIFF ROBERT T. DOYLE, CHIEF JOSEPH KREINS, DEPUTY RACHEL HAMMER, OFFICER THOMAS MACKENZIE, OFFICER MICHAEL DUNN, OFFICER STEPHANIE COMMISTO, and DOES 1 to 50, Inclusive,<br><br>    Defendants. | CASE NO. CV-12-3928 MEJ<br><br>[PROPOSED]<br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br>Judge:      Hon. Maria-Elena James<br>Courtroom: B, 15th Floor |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Local Civil Rule 7-2, and applicable state law, including California Code of Civil Procedure Section 474, Plaintiffs LYNNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon

| | |
|---|---|
| 1 | Carmignani, Deceased, JAMIE BALL, as Natural Guardian of Amaya Carmignani, a minor, and |
| 2 | HEATHER HOWARD, have filed a motion (Dkt. __) seeking leave to file a Second Amended |
| 3 | Complaint which adds six party defendants associated with the Marin County Jail. |
| 4 | The Court, having considered the motion, the arguments made in support and in |
| 5 | opposition to the motion, and all the papers and pleadings on file herein, hereby orders that |
| 6 | plaintiffs' motion is GRANTED.  Plaintiffs shall file their Second Amended Complaint no later |
| 7 | than ___July 29, 2013___. No future amendments shall be permitted, absent factors that |
| 8 | **IT IS SO ORDERED.**   could not be known as of today's date. |

Dated: July 22, 2013



_____
UNITED STATES DISTRICT JUDGE
Judge Maria-Elena James