David L. Fiol [SBN 203546]
Brent, Fiol & Nolan LLP
Two Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone: (415) 259-4420
Facsimile: (415) 373-4420
dfiol@bfnlaw.com
*Attorneys for Plaintiffs Lynnette Frary and Jamie Ball*

Charles A. Bonner [SBN 85413]
A. Cabral Bonner [SBN 247528]
Bonner & Bonner
475 Gate Five Rd, Suite 212
Sausalito, CA 94965
Telephone: 415-331-3070
Facsimile: 415-331-2738
cabral@bonnerlaw.com
*Attorneys for Plaintiff Heather Howard*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon Carmignani, Deceased, JAMIE BALL, as Natural Guardian of Amaya Carmignani, a minor, and HEATHER HOWARD,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN; CITY OF NOVATO; SHERIFF ROBERT T. DOYLE, CHIEF JOSEPH KREINS, DEPUTY RACHEL HAMMER, OFFICER THOMAS MACKENZIE, OFFICER MICHAEL DUNN, OFFICER STEPHANIE COMMISTO, and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO. CV-12-3928 MEJ<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br>Judge:   Hon. Maria-Elena James<br>Courtroom:   B, 15th Floor |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Local Civil Rule 7-2, and applicable state law, including California Code of Civil Procedure Section 474, Plaintiffs LYNNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon

1

1  Carmignani, Deceased, JAMIE BALL, as Natural Guardian of Amaya Carmignani, a minor, and
2  HEATHER HOWARD, have filed a motion (Dkt. __) seeking leave to file a Second Amended
3  Complaint which adds six party defendants associated with the Marin County Jail.
4  The Court, having considered the motion, the arguments made in support and in
5  opposition to the motion, and all the papers and pleadings on file herein, hereby orders that
6  plaintiffs' motion is GRANTED.  Plaintiffs shall file their Second Amended Complaint no later
7  than ___July 29, 2013___. No future amendments shall be permitted, absent factors that
8  **IT IS SO ORDERED.**   could not be known as of today's date.

Dated: July 22, 2013



_____
UNITED STATES DISTRICT JUDGE
Judge Maria-Elena James

ORDGER GRANTING PLAINTIFFS' MOTION                                          CV-12-3928 MEJ
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT