# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| LYNETTE FRARY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MARIN, et al.,<br>　　　　Defendants.<br>_____/ | No. C 12-3928 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　December 5, 2013<br>Mediator:　Noah Blechman |

IT IS HEREBY ORDERED that the request to excuse defendants Chief Jospeh Kreins, Officer Thomas Mackenzie, Officer Michael Dunn and Officer Stephanie Commisto from appearing in person at the December 5, 2013 mediation session before Noah Blechman is GRANTED. The excused defendants shall be available to participate telephonically in the mediation pursuant to ADR L.R. 6-10(f).

IT IS SO ORDERED.

____Nov 25, 2013____ By: _____
Dated　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　United States Chief Magistrate Judge