UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LYNETTE FRARY,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, et al.,<br>    Defendants.<br>_____/ | No. C 12-3928 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      December 5, 2013<br>Mediator:  Noah Blechman |

   IT IS HEREBY ORDERED that the request to excuse defendants Chief Jospeh Kreins, Officer Thomas Mackenzie, Officer Michael Dunn and Officer Stephanie Commisto from appearing in person at the December 5, 2013 mediation session before Noah Blechman is GRANTED. The excused defendants shall be available to participate telephonically in the mediation pursuant to ADR L.R. 6-10(f).

   IT IS SO ORDERED.

Dated: Nov 25, 2013   By: _____
                          Elizabeth D. Laporte
                          United States Chief Magistrate Judge