UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

LYNETTE FRARY,

    Plaintiff,

v.

COUNTY OF MARIN, et al.,
    Defendants.

No. C 12-3928 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: December 5, 2013
Mediator: Noah Blechman

IT IS HEREBY ORDERED that the request to excuse defendants Shannon Fetterly, Richard Dunckel, Susan Lesher, Brian Johnson, Rachel Hammer, Thomas McCloskey, Anthony Thune, Robert Doyle from appearing in person at the December 5, 2013 mediation session before Noah Blechman is GRANTED. The excused defendants shall be available to participate telephonically in the mediation pursuant to ADR L.R. 6-10(f).

IT IS SO ORDERED.

Dated: Dec 4 2013

By: _____
Elizabeth D. Laporte
United States Chief Magistrate Judge