Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF NOVATO, CHIEF JOSEPH KREINS, OFFICER THOMAS MACKENZIE, OFFICER MICHAEL DUNN and OFFICER STEPHANIE COMMISTO

Steven M. Perl, State Bar No. 100074
OFFICE OF THE COUNTY COUNSEL
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Telephone.: (415) 473-6117
Facsimile: (415) 473-3796

Attorneys for Defendants
COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE, DEPUTY RACHEL HAMMER, DEPUTY BRIAN JOHNSON, DEPUTY ANTHONY THUNE, DEPUTY TOM MCCLOSKEY, SHANNON FETTERLY, SUSAN LESHER AND RICHARD DUNCKEL

David L. Fiol, State Bar No. 203546
BRENT, FIOL & NOLAN LLP
One Embarcadero Center, Suite 2860
San Francisco, California 94111
Telephone: (415) 259-4420
Facsimile: (415) 373-4420

Attorneys for Plaintiffs
LYNNETTE FRARY AND JAMIE BALL

Charles A. Bonner, State Bar No. 85413
A. Cabral Bonner, State Bar No. 247528
BONNER & BONNER
475 Gate Five Road, Suite 212
Sausalito, CA 94965
Telephone: 415-331-3070
Facsimile: 415-331-2738

Attorneys for Plaintiff
HEATHER HOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon Carmignani, Deceased, JAMIE BALL, as Natural Guardian of Amaya Carmignani, a minor, and HEATHER HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN, et al.,<br><br>Defendants. | Case No. 3:12-cv-03928-MEJ<br><br>Judge: Hon. Maria-Elena James<br>  AMENDED<br>**STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES AND DISPOSITIVE MOTION DEADLINES [LOCAL RULE 6-2]**<br><br>Trial Date: September 29, 2014 |

1

WHEREAS, fact discovery in this matter closed on January 17, 2014, and

WHEREAS, plaintiffs and the County defendants thereafter engaged in a meet and confer process to try to resolve disputes regarding plaintiffs' request to examine a portion of the County Jail and whether a County PMK deposition will go forward and if so, on what topics, and

WHEREAS, on January 24, 2014 the County and plaintiffs submitted one joint letter to this Court detailing plaintiffs' motion to compel the above discovery and the County's opposition thereto and seeking to have this Court resolve the dispute, and

WHEREAS, on the same date, plaintiffs submitted a letter to this Court detailing their motion to compel compliance with a subpoena issued to AT&T, and

WHEREAS, on January 27, 2014, plaintiffs and the County submitted a second joint letter regarding plaintiff's motion to compel an inspection of the jail and also detailing the County's opposition thereto,

WHEREAS, a decision on what additional discovery, if any will be permitted and completion of that discovery is necessary before the parties can complete their expert reports which currently are scheduled to be exchanged on February 28, 2014 (this date was ordered pursuant to the parties' 2/10/14 stipulation to extend discovery dates), and

WHEREAS, regardless of the outcome of the outstanding discovery disputes between plaintiffs and the County, because the parties and their experts have not finalized expert reports because they presently are uncertain of what, if any, additional information will be forthcoming through additional discovery, all parties agree and stipulate that the parties need the requested extensions of the expert disclosure deadlines in order to have adequate time for the experts to finalize their required reports, and

WHEREAS, the parties have agreed upon a proposed amended case management schedule with amendments affecting only expert discovery (extending each expert discovery deadline by 30 days), the dispositive motion deadlines, and no other court deadlines will be affected, and

THEREFORE, pursuant to Local Civil Rules Nos. 6-1 and 6-2, the parties hereby agree that the case schedule may and should be amended as follows:

2

STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ

| EVENT | EXISTING DATE | PROPOSED DATE |
|---|---|---|
| Disclosure of experts | 2/28/14 | 3/28/14 |
| Disclosure of rebuttal experts | 3/14/14 | 4/11/14 |
| Completion of expert depositions | 4/4/14 | 5/2/14 |
| Last day to file dispositive motion | 4/10/14 | 5/9/14 |
| Hearing date for dispositive motions | 5/15/14 | 6/~~20~~19/14 |

Dated:  February 21, 2014                                  BERTRAND, FOX & ELLIOT

                                                     By:  /s/ *Richard W. Osman*
                                                           Thomas F. Bertrand
                                                           Richard W. Osman
                                                           Attorneys for Defendants
                                                           CITY OF NOVATO, CHIEF JOSEPH KREINS,
                                                           OFFICER THOMAS MACKENZIE, OFFICER
                                                           MICHAEL DUNN and OFFICER STEPHANIE
                                                           COMMISTO

Dated:  February 21, 2014                                  BRENT, FIOL & NOLAN LLP

                                                     By:  /s/ *David L. Fiol*
                                                           David L. Fiol
                                                           Attorneys for Plaintiffs
                                                           LYNNETTE FRARY AND JAMIE BALL

Dated:  February 21, 2014                                  BONNER & BONNER

                                                     By:  /s/ *Charles A. Bonner*
                                                           Charles A. Bonner
                                                           Attorneys for Plaintiff
                                                           HEATHER HOWARD

Dated:  February 21, 2014                                  OFFICE OF THE COUNTY COUNSEL

                                                     By:  /s/ *Steven M. Perl*
                                                           Steven M. Perl
                                                           Attorneys for Defendants
                                                           COUNTY OF MARIN,
                                                           SHERIFF ROBERT T. DOYLE,
                                                           DEPUTY RACHEL HAMMER, DEPUTY
                                                           BRIAN JOHNSON, DEPUTY ANTHONY
                                                           THUNE, DEPUTY TOM MCCLOSKEY,
                                                           SHANNON FETTERLY, SUSAN LESHER
                                                           AND RICHARD DUNCKEL

STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES
*Frary v. County of Marin, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-3928 MEJ

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: February 27, 2014

_____
HONORABLE MARIA-ELENA JAMES
U.S. MAGISTRATE JUDGE