1  STEVEN M. WOODSIDE, COUNTY COUNSEL
   Renee Giacomini Brewer, SBN 173012
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 473-6117, Fax: (415) 473-3796
   rbrewer@marincounty.org
4
   Attorney(s) for Defendants
5  COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE,
   DEPUTY RACHEL HAMMER, DEPUTY BRIAN JOHNSON,
6  DEPUTY ANTHONY THUNE, DEPUTY TOM MCCLOSKEY,
   SHANNON FETTERLY, SUSAN LESHER AND RICHARD DUNCKEL
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LYNETTE FRARY, Individually and as Administrator of the Estate of Anthony Brandon Carmignani, Deceased, JAIME BALL, as Natural Guardian of Amaya Carmignani, a minor, and HEATHER HOWARD,<br><br>                    Plaintiffs,<br><br>        v.<br><br>COUNTY OF MARIN, CITY OF NOVATO, SHERIFF ROBERT T. DOYLE, CHIEF JOSEPH KREINS, DEPUTY RACHEL HAMMER, OFFICER THOMAS MCKENZIE, OFFICER MICHAEL DUNN, STEPHANIE COMMISTO, and Does 1 to 50, inclusive,<br><br>                    Defendants. | Case No.: CV 12 3928 MEJ<br><br>REQUEST FOR DISMISSAL OF DEFENDANTS ANTHONY THUNE AND RICHARD DUNCKEL<br><br>Trial Date: February 9, 2015 |

        TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

        PLEASE TAKE NOTICE that plaintiffs Lynette Frary, Jamie Ball and Heather Howard request pursuant to joint stipulation that defendants Richard Dunckel and Anthony Thune be dismissed with prejudice from the above-entitled action. The parties further petition the court to enter the dismissal of defendants Richard Dunckel and Anthony Thune.

                                    1

Stipulation to dismiss Defendants
USDC Case No. CV 12-3928 MEJ

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 9/26/14                           _____/s/_____
                                         Attorneys for Plaintiffs, Lynette Frary and Jamie Ball

DATED: 9/29/14                           _____/s/_____
                                         Attorneys for Plaintiff, Heather Howard

DATED: 9/26/14                           _____/s/_____
                                         Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 29, 2014                _____
                                         HONORABLE MARIA-ELENA JAMES
                                         U.S. MAGISTRATE JUDGE