UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTE FRARY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF MARIN, et al.,<br><br>    Defendants. | Case No.  12-cv-03928-MEJ<br><br>**ORDER CONTINUING HEARING**<br><br>Re: Dkt. Nos. 97, 108, 109 |

Pending before the Court are the following motions: Defendants' Motion for Summary Judgment (Dkt. No. 98), Plaintiffs Lynette Frary and Jamie Ball's Motion for Order Distributing Proceeds (Dkt. No. 108), and Plaintiff Jamie Ball's Petition for Order Approving Compromise of Minor's Claim (Dkt. No. 109).  On October 5, 2014, Plaintiff Heather Howard filed a Motion to Change Time, requesting an additional two weeks to file her oppositions based on her counsel's unavailability.  Good cause appearing, the Court GRANTS Howard's request.  To conserve the parties' and the Court's resources, the Court shall hear all three motions on December 4, 2014, at 10:00 a.m., in Courtroom B, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Oppositions for all three motions shall be due on October 30, 2014, and replies are now due November 13, 2014.

    **IT IS SO ORDERED.**

Dated: October 7, 2014

    _____
    MARIA-ELENA JAMES
    United States Magistrate Judge