UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTE FRARY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MARIN, et al.,<br><br>　　　　Defendants. | Case No.　12-cv-03928-MEJ<br><br>**ORDER FOR PLAINTIFFS TO FILE DEPOSITION TRANSCRIPT**<br><br>Re: Dkt. No. 97 |

Pending before the Court is Defendants' Motion for Summary Judgment. Dkt. No. 97. In opposing this motion, Plaintiffs submitted a statement of facts wherein they incorporated the purported deposition testimony of Deputy Thune. *See* Dkt. No. 131-1 at ¶ 228 (citing Thune Dep. 19:15-23). Having reviewed the record and Plaintiffs' cited document, the Court has been unable to locate this evidence. Plaintiffs are ORDERED to file a transcript of the cited deposition testimony, or submit a declaration clarifying why this evidence is unavailable, by February 9, 2015.

**IT IS SO ORDERED.**

Dated: February 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge