UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNNETTE FRARY, et al.,

    Plaintiffs,

  v.

COUNTY OF MARIN, et al.,

    Defendants.

Case No. 12-cv-03928-MEJ

**ORDER RESETTING SETTLEMENT CONFERENCE**

Re: Dkt. No. 199

    The Court previously ordered the County Defendants and Plaintiffs to attend a settlement conference before Magistrate Judge Laurel Beeler on July 15, 2015. Dkt. No. 199. The Court hereby VACATES that settlement conference and resets the settlement conference before Magistrate Judge Jacqueline Scott Corley on May 6, 2015 at 10:00 a.m. at the San Francisco Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102 on the 15th Floor. <u>All</u> parties, including the City Defendants, are ORDERED to attend the settlement conference. If one or more of the parties is unavailable on that date, they must promptly contact Judge Corley's courtroom deputy, Ada Means, at (415) 522-2015 or jsccrd@cand.uscourts.gov, to determine Judge Corley's next available dates.

    Within 7 days after the settlement conference, the parties shall file a joint statement briefly notifying the Court of its outcome.

    **IT IS SO ORDERED.**

Dated: March 17, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge