

**COUNTY OF MARIN**

OFFICE OF THE
## COUNTY COUNSEL

Steven M. Woodside
COUNTY COUNSEL

Jack F. Govi
ASSISTANT COUNTY COUNSEL

Renee Giacomini Brewer
SUPERVISING DEPUTY

Mari-Ann G. Rivers
David L. Zaltsman
Michele Keno
Patrick M. K. Richardson
Stephen R. Raab
Steven M. Perl
Sheila Shah Lichtblau
Edward J. Kiernan
Jessica Mills Sutherland
Brian C. Case
Jenna J. Brady
Valorie R. Boughey

DEPUTIES

Jeanine Michaels
ADMINISTRATIVE ASSISTANT

Marin County Civic Center
3501 Civic Center Drive
Suite 275
San Rafael, CA 94903
415 473 6117 T
415 473 3796 F
415 473 2226 TTY
www.marincounty.org/cl

March 25, 2015

Honorable Jacqueline Scott Corley
San Francisco Courthouse
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Frary, et al. v. County of Marin, et al.
     Case No. 12-cv-03928-MEJ

Dear Judge Corley:

Pursuant to the notice and order regarding settlement conference, County Defendants hereby respectfully request permission for the County's insurance carrier representative, Ken Maolini, to appear telephonically at the mandatory settlement conference on May 6, 2015.

Mr. Maolini is unavailable to personally attend the mandatory settlement conference in San Francisco on May 6, 2015, due to prior work commitments. Accordingly, it would be a hardship for Mr. Maolini to personally attend. As trial lead counsel for County Defendants, I will personally attend the mandatory settlement conference with full settlement authority on Mr. Maolini's behalf.

None of the other parties object to Mr. Maolini's attendance at the mandatory settlement conference via telephonic standby. Please see attached email correspondence from counsel.

Very truly yours,

Renee Giacomini Brewer

Enclosures

cc:  David Fiol (via electronic filing only)
     Richard Osman (via electronic filing only)
     Cabral Bonner (via electronic filing only)

Dated: 3/26/2015



GRANTED
Judge Jacqueline Scott Corley

**From:** Gerchow, Kerry
**Sent:** Monday, March 23, 2015 1:33 PM
**To:** Dooley, Amber
**Subject:** FW: FW: meet and confer re: carrier representative

---

**From:** Brewer, Renee
**Sent:** Monday, March 23, 2015 11:10 AM
**To:** Gerchow, Kerry
**Subject:** FW: FW: meet and confer re: carrier representative

---

**From:** David Fiol [mailto:dfiol@bfplawyers.com]
**Sent:** Monday, March 23, 2015 11:06 AM
**To:** Brewer, Renee; Rosman@bfesf.com; Cabral Bonner
**Subject:** Re: FW: meet and confer re: carrier representative

Renee, we won't object to any arrangement you work out with the Court.

*Please note my new email address*
---------------------------
**David L. Fiol**
Brent, Fiol & Pratt LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
■ Tel: 415.839.8370 ■ Direct: 415.259.4420
http://www.bfnlaw.com/attorney/david-l-fiol/
---------------------------

On 3/23/2015 10:46 AM, Brewer, Renee wrote:

> **From:** Brewer, Renee
> **Sent:** Monday, March 23, 2015 10:46 AM
> **To:** 'David Fiol (dfiol@bfnlaw.com)'; 'Richard Osman'; "Cabral Bonner' (cabral@bonnerlaw.com)'
> **Cc:** Gerchow, Kerry
> **Subject:** meet and confer re: carrier representative
>
> Counsel,
>
> Pursuant to Judge Corley's Settlement Conference Standing Order, I write to meet and confer regarding the unavailability of the County's insurance carrier representative, Ken Maolini, to be present at the May 6th settlement conference. I believe counsel would prefer for the settlement conference to occur on the 6th rather than the County defendants seeking a new date due to Mr. Maolini's unavailability. Mr. Maolini will be on phone standby and I will have authority to negotiate a settlement.
>
> The relevant portions of Judge Corley's standing order:

      2. Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority
      to negotiate a settlement. An insured party shall appear with a representative of the carrier with
      full authority to negotiate up to the limits of coverage. A person who needs to call another
      person not present before agreeing to any settlement does not have full authority.

      3. Personal attendance of a party representative will rarely be excused by the Court.
      To nonetheless seek to excuse a party from personally attending a settlement conference, counsel
      for that party shall meet and confer with counsel for all other parties to determine if there are any
      objections to the moving party's absence. Counsel must then lodge a letter with the Court, with
      copies to all parties, seeking to excuse the party's participation. The letter shall recite the
      reasons for seeking the party's absence, as well as whether the other parties agree or object to the
      request and the reasons for any objection. The application to excuse a party must be lodged no
      later than the lodging of the Settlement Conference Statement.

Accordingly, please let me know if you object to Mr. Maolini not being at the Settlement Conference; moreover, if you would prefer I seek another date to ensure his presence, please let me know that as well.

Thank you.

Renee


Renee Giacomini Brewer
Supervising Deputy County Counsel
3501 Civic Center Drive, Suite 275
San Rafael, CA  94903
(415) 473-6117
Rbrewer@marincounty.org

Email Disclaimer: http://www.marincounty.org/main/disclaimers

| | |
|---|---|
| **From:** | Gerchow, Kerry |
| **Sent:** | Monday, March 23, 2015 1:33 PM |
| **To:** | Dooley, Amber |
| **Subject:** | FW: meet and confer re: carrier representative |

**From:** Richard Osman [mailto:rosman@bfesf.com]
**Sent:** Monday, March 23, 2015 11:12 AM
**To:** Brewer, Renee; 'David Fiol'; "Cabral Bonner"
**Cc:** Gerchow, Kerry
**Subject:** RE: meet and confer re: carrier representative

Hi Renee,

Having Ken on telephone standby is okay with us.

Rich

Richard W. Osman
Bertrand, Fox, Elliot, Osman & Wenzel | 2749 Hyde Street | San Francisco, California 94109 | 415-353-0999 x104

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Brewer, Renee [mailto:RBrewer@marincounty.org]
**Sent:** Monday, March 23, 2015 10:46 AM
**To:** 'David Fiol (dfiol@bfnlaw.com)'; 'Richard Osman'; "Cabral Bonner' (cabral@bonnerlaw.com)'
**Cc:** Gerchow, Kerry
**Subject:** meet and confer re: carrier representative

Counsel,

Pursuant to Judge Corley's Settlement Conference Standing Order, I write to meet and confer regarding the unavailability of the County's insurance carrier representative, Ken Maolini, to be present at the May 6th settlement conference. I believe counsel would prefer for the settlement conference to occur on the 6th rather than the County defendants seeking a new date due to Mr. Maolini's unavailability. Mr. Maolini will be on phone standby and I will have authority to negotiate a settlement.

The relevant portions of Judge Corley's standing order:

> 2. Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a settlement. An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. A person who needs to call another person not present before agreeing to any settlement does not have full authority.
>
> 3. Personal attendance of a party representative will rarely be excused by the Court.

To nonetheless seek to excuse a party from personally attending a settlement conference, counsel for that party shall meet and confer with counsel for all other parties to determine if there are any objections to the moving party's absence. Counsel must then lodge a letter with the Court, with copies to all parties, seeking to excuse the party's participation. The letter shall recite the reasons for seeking the party's absence, as well as whether the other parties agree or object to the request and the reasons for any objection. The application to excuse a party must be lodged no later than the lodging of the Settlement Conference Statement.

Accordingly, please let me know if you object to Mr. Maolini not being at the Settlement Conference; moreover, if you would prefer I seek another date to ensure his presence, please let me know that as well.

Thank you.

Renee


Renee Giacomini Brewer
Supervising Deputy County Counsel
3501 Civic Center Drive, Suite 275
San Rafael, CA  94903
(415) 473-6117
Rbrewer@marincounty.org

Email Disclaimer: http://www.marincounty.org/main/disclaimers

**Brewer, Renee**

| | |
|---|---|
| **From:** | A. Cabral Bonner <cabral@bonnerlaw.com> |
| **Sent:** | Tuesday, March 24, 2015 9:39 AM |
| **To:** | Brewer, Renee; 'Richard Osman'; 'David Fiol' |
| **Cc:** | Gerchow, Kerry |
| **Subject:** | Re: meet and confer re: carrier representative |

I'm fine with telephone standby.

Cabral

Cabral Bonner
**Law Offices of Bonner and Bonner**
475 Gate Five Rd., Suite 212
Sausalito, CA 94965
415-331-3070 (phone)
415-331-2738 (fax)
cabral@bonnerlaw.com

This message is a PRIVATE communication. This message and all attachments are a private communication and may be confidential or protected by privilege. If you are not the intended recipient, please note that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

---

**From:** "Brewer, Renee" <RBrewer@marincounty.org>
**To:** 'Richard Osman' <rosman@bfesf.com>; 'David Fiol' <dfiol@bfnlaw.com>; "Cabral Bonner" <cabral@bonnerlaw.com>
**Cc:** "Gerchow, Kerry" <KGerchow@marincounty.org>
**Sent:** Tuesday, March 24, 2015 7:31 AM
**Subject:** RE: meet and confer re: carrier representative

HI Cabral,

I have Rich and David's okay to move forward with a letter to the Court regarding telephone standby for Ken Maolini. Can you please let me know whether you oppose this or not?

Thanks,

Renee

---

**From:** Richard Osman [mailto:rosman@bfesf.com]
**Sent:** Monday, March 23, 2015 11:12 AM
**To:** Brewer, Renee; 'David Fiol'; "Cabral Bonner"
**Cc:** Gerchow, Kerry
**Subject:** RE: meet and confer re: carrier representative

Hi Renee,

Having Ken on telephone standby is okay with us.

Rich

1

Richard W. Osman
Bertrand, Fox, Elliot, Osman & Wenzel | 2749 Hyde Street | San Francisco, California 94109 | 415-353-0999 x104

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Brewer, Renee [mailto:RBrewer@marincounty.org]
**Sent:** Monday, March 23, 2015 10:46 AM
**To:** 'David Fiol (dfiol@bfnlaw.com)'; 'Richard Osman'; "Cabral Bonner' (cabral@bonnerlaw.com)'
**Cc:** Gerchow, Kerry
**Subject:** meet and confer re: carrier representative

Counsel,

Pursuant to Judge Corley's Settlement Conference Standing Order, I write to meet and confer regarding the unavailability of the County's insurance carrier representative, Ken Maolini, to be present at the May 6th settlement conference. I believe counsel would prefer for the settlement conference to occur on the 6th rather than the County defendants seeking a new date due to Mr. Maolini's unavailability. Mr. Maolini will be on phone standby and I will have authority to negotiate a settlement.

The relevant portions of Judge Corley's standing order:

> 2. Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a settlement. An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. A person who needs to call another person not present before agreeing to any settlement does not have full authority.

> 3. Personal attendance of a party representative will rarely be excused by the Court. To nonetheless seek to excuse a party from personally attending a settlement conference, counsel for that party shall meet and confer with counsel for all other parties to determine if there are any objections to the moving party's absence. Counsel must then lodge a letter with the Court, with copies to all parties, seeking to excuse the party's participation. The letter shall recite the reasons for seeking the party's absence, as well as whether the other parties agree or object to the request and the reasons for any objection. The application to excuse a party must be lodged no later than the lodging of the Settlement Conference Statement.

Accordingly, please let me know if you object to Mr. Maolini not being at the Settlement Conference; moreover, if you would prefer I seek another date to ensure his presence, please let me know that as well.

Thank you.

2

Renee


Renee Giacomini Brewer
Supervising Deputy County Counsel
3501 Civic Center Drive, Suite 275
San Rafael, CA 94903
(415) 473-6117
Rbrewer@marincounty.org

Email Disclaimer: http://www.marincounty.org/main/disclaimers
Email Disclaimer: http://www.marincounty.org/main/disclaimers